FILED
JUN 27 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14-CR-0483-GT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| ) | |
| ALVARO CERVANTES-VILLALOBOS, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that Mr. Cervantes-Villalobos's Sentencing hearing currently scheduled for July 14, 2014 be rescheduled to **August 13, 2014 at 9:30 a.m.**

**SO ORDERED.**

DATED: 6/27/14

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge